1   Sean P. Flynn (SBN: 220184)
    GORDON & REES LLP
2   2211 Michelson Drive, Suite 400
    Irvine, CA 92612
3   Telephone: (949) 255-6950
    Facsimile: (949) 474-2060
4
    Attorneys for Defendant ARS NATIONAL SERVICES, INC.
5

6

7

8                    UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11  TRISTINA COLE, *an individual*                    )
                                                       )   Civil Action No.:
12                              Plaintiff,             )
                                                       )
13          vs.                                        )   **NOTICE OF LODGMENT OF**
                                                       )   **STATE COURT PLEADING**
14  ARS NATIONAL SERVICES, INC.                        )
                                                       )
15                              Defendant.             )

16

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

-1-

Gordon & Rees LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

TO THIS HONORABLE COURT:

Pursuant to §1446(a), Defendant ARS NATIONAL SERVICES, INC. ("Defendant") hereby lodges true and correct copies of all process, pleadings and orders served by or on Defendant in Superior Court of California, County of Los Angeles, Small Claims Division – Van Nuys Courthouse East, Case No. 17VESC02441.

| Exhibit | Title | Party |
|---------|-------|-------|
| 1. | Complaint | Plaintiff |

Dated:  April 14, 2017                    GORDON & REES LLP


By:    _s/Sean P. Flynn_____
          Sean P. Flynn
          Attorneys for Defendant
          ARS NATIONAL SERVICES, INC.

Gordon & Rees LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

# EXHIBIT 1

| **SC-100** | **Plaintiff's Claim and ORDER to Go to Small Claims Court** |

## Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

## Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Clerk stamps date here when form is filed.*

**Electronically**
# FILED
By Superior Court of California,
County of Los Angeles on

## MAR 8 2017

**SHERRI R. CARTER ,CLERK**
**BY TAKESHA WHITE, Deputy**

*Fill in court name and street address:*
**Superior Court of California, County of**

VAN NUYS COURTHOUSE EAST
6230 SYLMAR AVE., ROOM
340
VAN NUYS, CA 91401

*Clerk fills in case number and case name:*
**Case Number:**
  **17VESC02441**
**Case Name:**
TRISTINA COLE VS. ARS NATIONAL
SERVICES, INC.

## Order to Go to Court

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| Trial Date | → Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| | 1. **05/22/2017** | **8:30 AM** | **Z** _____ | _____ |
| | 2. _____ | _____ | _____ | _____ |
| | 3. _____ | _____ | _____ | _____ |

Date: **3/8/2017**     **SHERRI R. CARTER** Clerk, by **TAKESHA WHITE** _____, Deputy

## Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-100-INFO, *Information for the Plaintiff*, to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*
- Fill out pages 2 and 3 of this form. Then make copies of **all** pages of this form. (Make    copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all    pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2015, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER
to Go to Small Claims Court**
(Small Claims)

**SC-100, Page 1 of 5**
→

ELECTRONICALLY FILED BY SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES. (Receipt #1170314E9842)

E-FILING ID:   170307000040

TRISTINA COLE

**Case Number:**

**17VESC02441**

Plaintiff *(list names)*: _____

**(1)** **The Plaintiff (the person, business, or public entity that is suing) is:**
NAME:   TRISTINA COLE
HOME ADDRESS:   231 GREEN LEA PLACE
                THOUSAND OAKS, CA 91361
PHONE:   (818) 669-4767

**If more than one Plaintiff, list next Plaintiff here:**

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

**(2)** **The Defendant (the person, business, or public entity being sued) is:**
NAME:   ARS NATIONAL SERVICES, INC. AKA ASSOCIATED RECOVERY SYSTEMS
HOME ADDRESS:   201 W. GRAND AVENUE
                ESCONDIDO, CA 92025

**If more than one Defendant, list next Defendant here:**
NAME:   JOHN HOWERTON AKA JOHN K HOWERTON
HOME ADDRESS:   201 W. GRAND AVENUE
                ESCONDIDO, CA 92025
PHONE:   (800) 456-5053

☑ *Check here if more than 2 Defendants and attach Form SC-100A.*

☐ *Check here if any Defendant is on active military duty, and write his or her name here:* _____

**(3)** **The Plaintiff claims the Defendant owes $** 4338.94             , *(Explain below):*

a.  Why does the Defendant owe the Plaintiff money?
PLAINTIFF PAID $3,229.26 TO DEFENDANTS AS SETTLEMENT OF A DEBT TO CITIBANK, NA (ASSIGNOR TO ARS) IN 2013.DEFENDANTS HAVE REFUSED TO FURNISH  ACCURATE INFORMATION TO CREDIT BUREAUS.

b.  When did this happen? *(Date):* _____
If no specific date, give the time period: *Date started:* 9/24/2013 _____ *Through:* 12/30/2016 _____

c.  How did you calculate the money owed to you? *(Do not include court costs or fees for service.)*
AMOUNT OF $3,229.26 PAID TO DEFENDANTS PURSUANT TO BREACHED CONTRACT; $1,109.68 IN PRE-JUDGMENT INTEREST FROM 9/24/2013 TO THE FILING DATE OF THIS ACTION-1261 DAYS AT .88 PER DIEM

Revised July 1, 2015

**Plaintiff's Claim and ORDER**
**to Go to Small Claims Court**
**(Small Claims)**

SC-100, Page 2 of 5

→

Page 2 of 5 ARS RCVD AT 3/16/2017 11:38:35 AM [Pacific Daylight Time] VMSVR158

E-FILING ID:   170307000040

| **SC-100A**   Other Plaintiffs or Defendants | Case Number: |
|---|---|
| | **17VESC02441** |

✔ This form is attached to Form SC-100, item 1 or 2.

**(1)** **If more than 2 Plaintiffs (person, business, or entity suing), list their information below:**

*Is this Plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach Form SC-103.*

*Is this Plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach Form SC-103.*

☐ *Check here if more than 4 Plaintiffs and fill out and attach another Form SC-100A.*

**(2)** **If more than 2 Defendants (person, business, or entity being sued), list their information below:**

```
NAME:   JASON HOWERTON
HOME ADDRESS:   201 W. GRAND AVENUE
                ESCONDIDO, CA 92025
PHONE:   (800) 456-5053
```

```
NAME:   KATHLEEN HOWERTON AKA KATHY HOWERTON
HOME ADDRESS:   201 W. GRAND AVENUE
                ESCONDIDO, CA 92025
```

☑ *Check here if more than 4 Defendants and fill out and attach another Form SC-100A.*

**(3)** **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

**(4)** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 3/7/2017   TRISTINA COLE ▸

*Type or print your name*   *Sign your name*

Date: _____ ▸

*Type or print your name*   *Sign your name*

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, §116.110 et seq.   **Other Plaintiffs or Defendants**
(Small Claims)   **SC-100A, Page** 1 of 2

E-FILING ID:   170307000040

| **SC-100A**   **Other Plaintiffs or Defendants** | Case Number: |
|---|---|
| | 17VESC02441 |

✔ This form is attached to Form SC-100, item 1 or 2.

**(1) If more than 2 Plaintiffs (person, business, or entity suing), list their information below:**

*Is this Plaintiff doing business under a fictitious name?* ☐ Yes  ☐ No  *If yes, attach Form SC-103.*

*Is this Plaintiff doing business under a fictitious name?* ☐ Yes  ☐ No  *If yes, attach Form SC-103.*

☐ *Check here if more than 4 Plaintiffs and fill out and attach another Form SC-100A.*

**(2) If more than 2 Defendants (person, business, or entity being sued), list their information below:**

```
NAME:   JOHN M. WATSON
HOME ADDRESS:   201 W. GRAND AVENUE
                ESCONDIDO, CA 92025
```

☐ *Check here if more than 4 Defendants and fill out and attach another Form SC-100A.*

**(3) I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

**(4)** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 3/7/2017    TRISTINA COLE                    ▶
_____         _____
*Type or print your name*                 *Sign your name*

Date: _____                          ▶
_____         _____
*Type or print your name*                 *Sign your name*

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, §116.110 et seq.
**Other Plaintiffs or Defendants**
**(Small Claims)**
SC-100A, Page 2 of 2

Page 4 of 5 ARS RCVD AT 3/16/2017 11:38:35 AM [Pacific Daylight Time] VMSVR158

E-FILING ID: 170307000040

TRISTINA COLE

**Plaintiff** *(list names):*

| Case Number: |
|---|
| **17VESC02441** |

**(4)** **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☑ Yes ☐ No
*If no, explain why not:*

**(5)** **Why are you filing your claim at this courthouse?**
**This courthouse covers the area** *(check the one that applies):*

a. ☑ (1) Where the Defendant lives or does business.     (4) Where a contract (written or spoken) was made,
     (2) Where the Plaintiff's property was damaged.     signed, performed, or broken by the Defendant *or*
     (3) Where the Plaintiff was injured.     where the Defendant lived or did business when
                            the Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐ Other *(specify):*

**(6)** **List the zip code of the place checked in (5) above** *(if you know):* 91362

**(7)** **Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

**(8)** **Are you suing a public entity?** ☐ Yes ☑ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

**(9)** **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☑ No   *If yes, the filing fee for this case will be higher.*

**(10)** **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

**(11)** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 3/7/2017     TRISTINA COLE     ▶
             *Plaintiff types or prints name here*     *Plaintiff signs here*

Date: _____     ▶
             *Second Plaintiff types or prints name here*     *Second Plaintiff signs here*

**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

Revised July 1, 2015          **Plaintiff's Claim and ORDER**          SC-100, Page 3 of 5
                **to Go to Small Claims Court**          →
                  **(Small Claims)**

Page 5 of 5 ARS RCVD AT 3/16/2017 11:38:35 AM [Pacific Daylight Time] VMSVR158

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify and declare that I am over the age of 18 years; I am an employee of Gordon & Rees LLP, and my business address is 2211 Michelson Drive, Suite 400, Irvine, California 92612. On **April 14, 2017,** I served a true and correct of the following: **NOTICE OF LODGMENT OF STATE COURT PLEADING,** to the individuals listed below as follows:

**Tristina Cole**
**231 Green Lea Place**
**Thousand Oaks, CA 91361**
Tel: (818) 669-4767

☒ U.S. Mail Postage Prepaid
☐ CM/ECF
☐ Hand Delivery
☐ Email:

I declare that I am employed in the office of a member of the California State Bar who is permitted to practice before this Court, and at whose direction the service stated above was made in the ordinary course of business. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 14, 2017, at Irvine, California.

Leslie M. Handy