**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 17-2875-JFW(SSx)** | Date: May 2, 2017 |
| Title: | Tristina Cole -v- ARS National Services, Inc. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                    None                                                                                    None

**PROCEEDINGS (IN CHAMBERS):**    **DISCHARGE OF ORDER TO SHOW CAUSE RE: SANCTIONS**

On April 26, 2017, the Court issued an Order to Show Cause why it should not impose sanctions on Defendant's counsel for the improper removal of this action. On April 28, 2017, Defendant's counsel filed a response to the Order to Show Cause.

The Court deems that response satisfactory, and orders the Order to Show Cause discharged.

IT IS SO ORDERED.